```
              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF PUERTO RICO
```

CECI MONTILLA ROJO, ET. AL.,

**Plaintiffs,**

v.                                      **CIVIL NO.** 11-1050(JAG)

POPULAR, INC., ET. AL.,

**Defendants.**

## JUDGMENT

Pursuant to plaintiffs' Motion for Voluntary Dismissal (Docket No. 58), the Court hereby **DISMISSES** this case with prejudice. This case is now closed for all statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 18th day of July, 2012.


                                        S/ Jay A. Garcia-Gregory
                                        JAY A. GARCIA-GREGORY
                                        United States District Judge